UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS MESTER,<br>　　　　　Plaintiff,<br>　　v.<br>GABRIEL WILLIAMS, et al.,<br>　　　　　Defendants. | Case No. 16-cv-00903-SI<br><br>**ORDER OF TRANSFER** |

Plaintiff, an inmate at the California Health Care Facility in Stockton, filed this civil rights action under 42 U.S.C. § 1983, complaining about events and omissions that occurred at that facility located in San Joaquin County. San Joaquin County is within the venue of the Eastern District of California. Some or all of the defendants work at the California Health Care Facility and apparently reside in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint appear to have occurred in, the Northern District. Venue therefore would be proper in the Eastern District and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

**IT IS SO ORDERED**.

Dated: March 25, 2016

_____
SUSAN ILLSTON
United States District Judge